# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|                                                                                 |
| Patrick James Helmick          | Personnel Number..... ███████              |
| 91 Prestwick Drive             | Corrections                                   |
| Greensburg PA  15601           | Pay Period.. 09/05/2021 - 09/18/2021          |
|                                | Fed Tax Status: Married                       |
|                                | Fed Tax Allowances: 09   Period: 20/2021      |
| B/U:H1    Group:35   Level:KL  |                                               |
|                                |                                               |
| Pay Date     Payment Amount =     Gross    +    Reim.  -    Taxes  -   Deds.   |
| 10/01/2021    3,153.65      =   4,319.56   +    0.00   -   748.96  -   416.95  |
|                                                                                 |
```

```
| Gross Current Pay        Rate   Hrs/Unt  Amount                Year To Date    |
|                                                                                 |
| Normal working hours     35.89  64.00  2,296.96               37,969.11        |
| LTS Leave EE illness H1                                        8,864.83         |
| Administrative Leave     35.89   2.00    71.78                    71.78         |
| Combined Leave prschd    35.89   6.00   215.34                 6,749.83         |
| UnSchd Comb Lv <4                                              1,184.37         |
| Holiday/Comp lieu Holiday 35.89  8.00   287.12                 2,009.84         |
| Stress Day Leave H1                                              287.12         |
| Overpayment Offset Amt                                          143.60          |
| Clothing Allow-Spec BU                                          450.00          |
| OT 1.0                                                          287.12          |
| OT 1.5                   53.84   2.00   107.68                 1,938.24         |
| OT 2.0                   71.78  13.00   933.14                 1,435.60         |
| SDiff 1.5                                                        13.84          |
| SDiff 1.5 Prem                                                   13.16          |
| SDiff 2.0 Prem            2.50   7.00    17.50                    35.00         |
| OT 1.5-Mandated          53.84   7.00   376.88                 2,368.96         |
| OT 2.0-Mandated                                                 574.24          |
| WalkTime 1.5-Mandated                                            46.84          |
| SDiff 1.5 Prem-Mandated   1.88   7.00    13.16                    53.43         |
| SDiff 2.0 Prem-Mandated                                          20.00          |
| Leave w/out Pay-AbsenceNA                                                       |
|                                                                                 |
| Total Gross                           4,319.56                64,516.91        |
|                                                                                 |
```

```
| Taxes                                   Amount               Year To Date      |
|                                                                                 |
| Federal           Federal                                                       |
| TX Withholding Tax                      223.08               2,020.92          |
| TX EE Social Security Tax               261.28               3,860.60          |
| TX EE Medicare Tax                       61.10                 902.88          |
| State             Pennsylvania                                                  |
| TX Withholding Tax                      129.38               1,911.61          |
| TX EE Unemployment Tax                    2.59                  38.62          |
| Local             Greensburg                                                    |
| TX Withholding Tax                       69.53               1,027.43          |
| Local             Luzerne Township                                              |
| TX Local Services Tax                     2.00                  40.00          |
|                                                                                 |
| EE Taxes                                748.96               9,802.06          |
|                                                                                 |
```

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 71.78 | 1,435.60 |
| MED Buy Up/Base Cost | 33.57 | 669.90 |
| Overpayment recovery Amt | | 143.60 |
| PSCOA - Union Dues | 41.63 | 828.44 |
| Full Cov Cls AA/Cat 1,6,8 | 269.97 | 3,995.23 |
| Total Deductions | 416.95 | 7,072.77 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |
| | | |
| | | |

| Reimbursements | Amount |
|---|---|
| | |
| | |
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 100.00 |
| Net Payment | 3,053.65 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 261.28 |
| TX ER Medicare Tax | 61.10 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 120.00 |
| ER Workers Comp Benefit | 113.58 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Patrick James Helmick              |Personnel Number..... ████████          |
|91 Prestwick Drive                 |Corrections                            |
|Greensburg PA  15601               |Pay Period.. 09/05/2021 - 09/18/2021   |
|                                   |Fed Tax Status:                        |
|                                   |Fed Tax Allowances:      Period: 20/2021|
|B/U:H1    Group:35    Level:KL     |                                       |
|_____|_____|
| Pay Date      Payment Amount =     Gross    +     Reim.   -     Taxes   -     Deds. |
| 10/01/2021      3,153.65      =  4,319.56   +     0.00   -    748.96   -    416.95 |
|_____|
|PR Choice PPO                          502.00                                 |
|ER-SERS                              1,814.22                                 |
|_____|

|Federal Taxable Wages                  Amount                               |
|_____|
|Current Period Results               3,944.24                               |
|_____|

|Garnishment Type            Beg Balance      Total To Date    Remain Balance |
|_____|
|_____|

|Payroll Area      Z1                                                         |
|_____|
```

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|                                        |                                                      |
| Patrick James Helmick                  | Personnel Number.....  ███████                       |
| 91 Prestwick Drive                     | Corrections                                          |
| Greensburg PA  15601                   | Pay Period.. 09/19/2021 - 10/02/2021                 |
|                                        | Fed Tax Status: Married                              |
|                                        | Fed Tax Allowances: 09   Period: 21/2021             |
| B/U:H1    Group:35    Level:KL         |                                                      |
|                                        |                                                      |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | – | Taxes | – | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 10/15/2021 | 3,031.22 | = | 4,144.88 | + | 0.00 | – | 707.62 | – | 406.04 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 35.89 | 80.00 | 2,871.20 | 40,840.31 |
| LTS Leave EE illness H1 | | | | 8,864.83 |
| Administrative Leave | | | | 71.78 |
| Combined Leave prschd | | | | 6,749.83 |
| UnSchd Comb Lv <4 | | | | 1,184.37 |
| Holiday/Comp lieu Holiday | | | | 2,009.84 |
| Stress Day Leave H1 | | | | 287.12 |
| Overpayment Offset Amt | | | | 143.60 |
| Clothing Allow-Spec BU | | | | 450.00 |
| OT 1.0 | | | | 287.12 |
| OT 1.5 | 53.84 | 2.00 | 107.68 | 2,045.92 |
| OT 2.0 | 71.78 | 13.00 | 933.14 | 2,368.74 |
| SDiff 1.5 | | | | 13.84 |
| SDiff 1.5 Prem | | | | 13.16 |
| SDiff 2.0 Prem | 2.50 | 7.00 | 17.50 | 52.50 |
| OT 1.5-Mandated | 53.84 | 4.00 | 215.36 | 2,584.32 |
| OT 2.0-Mandated | | | | 574.24 |
| WalkTime 1.5-Mandated | | | | 46.84 |
| SDiff 1.5 Prem-Mandated | | | | 53.43 |
| SDiff 2.0 Prem-Mandated | | | | 20.00 |
| Leave w/out Pay-AbsenceNA | | | | |
| Total Gross | | | 4,144.88 | 68,661.79 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 203.43 | 2,224.35 |
| TX EE Social Security Tax | 250.46 | 4,111.06 |
| TX EE Medicare Tax | 58.58 | 961.46 |
| State            Pennsylvania | | |
| TX Withholding Tax | 124.01 | 2,035.62 |
| TX EE Unemployment Tax | 2.49 | 41.11 |
| Local            Greensburg | | |
| TX Withholding Tax | 66.65 | 1,094.08 |
| Local            Luzerne Township | | |
| TX Local Services Tax | 2.00 | 42.00 |
| EE Taxes | 707.62 | 10,509.68 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 71.78 | 1,507.38 |
| MED Buy Up/Base Cost | 33.57 | 703.47 |
| Overpayment recovery Amt | | 143.60 |
| PSCOA - Union Dues | 41.63 | 870.07 |
| Full Cov Cls AA/Cat 1,6,8 | 259.06 | 4,254.29 |
| Total Deductions | 406.04 | 7,478.81 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 100.00 |
| Net Payment | 2,931.22 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 250.46 |
| TX ER Medicare Tax | 58.58 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 120.00 |
| ER Workers Comp Benefit | 108.99 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Patrick James Helmick          |Personnel Number.....  ██████       |
|91 Prestwick Drive             |Corrections                         |
|Greensburg PA  15601           |Pay Period.. 09/19/2021 - 10/02/2021|
|                               |Fed Tax Status:                     |
|                               |Fed Tax Allowances:      Period: 21/2021|
|B/U:H1     Group:35    Level:KL|                                    |
|_____|_____|
| Pay Date      Payment Amount =     Gross   +     Reim.  -     Taxes  -    Deds. |
| 10/15/2021      3,031.22     =   4,144.88  +      0.00  -    707.62  -   406.04 |
|_____|
|PR Choice PPO                       502.00                                      |
|ER-SERS                           1,740.85                                      |
|_____|

|Federal Taxable Wages              Amount                                       |
|_____|
|Current Period Results           3,780.47                                       |
|_____|

|Garnishment Type           Beg Balance        Total To Date      Remain Balance |
|_____|
|_____|

|Payroll Area      Z1                                                            |
|_____|
```

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Patrick James Helmick              |Personnel Number..... ████████      |
|91 Prestwick Drive                 |Corrections                        |
|Greensburg PA  15601               |Pay Period.. 10/03/2021 - 10/16/2021|
|                                   |Fed Tax Status: Married            |
|                                   |Fed Tax Allowances: 09   Period: 22/2021 |
|B/U:H1    Group:35    Level:KL     |                                   |
|                                   |                                   |
| Pay Date      Payment Amount =      Gross   +    Reim.  -    Taxes  -    Deds. |
| 10/29/2021      2,440.60     =    3,301.92  +     0.00  -   507.97  -   353.35 |
```

```
|Gross Current Pay          Rate   Hrs/Unt  Amount              Year To Date    |
|                                                                               |
|Normal working hours       35.89  72.00  2,584.08              43,424.39       |
|LTS Leave EE illness H1                                         8,864.83       |
|Administrative Leave                                               71.78       |
|Combined Leave prschd                                           6,749.83       |
|UnSchd Comb Lv <4                                               1,184.37       |
|Holiday/Comp lieu Holiday  35.89   8.00    287.12               2,296.96       |
|Stress Day Leave H1                                               287.12       |
|Overpayment Offset Amt                                            143.60       |
|Clothing Allow-Spec BU                                            450.00       |
|OT 1.0                                                            287.12       |
|OT 1.5                     53.84   8.00    430.72               2,476.64       |
|OT 2.0                                                          2,368.74       |
|SDiff 1.5                                                          13.84       |
|SDiff 1.5 Prem                                                     13.16       |
|SDiff 2.0 Prem                                                     52.50       |
|OT 1.5-Mandated                                                 2,584.32       |
|OT 2.0-Mandated                                                   574.24       |
|WalkTime 1.5-Mandated                                              46.84       |
|SDiff 1.5 Prem-Mandated                                            53.43       |
|SDiff 2.0 Prem-Mandated                                            20.00       |
|Leave w/out Pay-AbsenceNA                                                      |
|                                                                               |
|Total Gross                            3,301.92                71,963.71       |
```

```
|Taxes                                   Amount                 Year To Date    |
|                                                                               |
|Federal            Federal                                                     |
|TX Withholding Tax                      108.59                  2,332.94       |
|TX EE Social Security Tax               198.18                  4,309.24       |
|TX EE Medicare Tax                       46.35                  1,007.81       |
|State              Pennsylvania                                                |
|TX Withholding Tax                       98.13                  2,133.75       |
|TX EE Unemployment Tax                    1.98                     43.09       |
|Local              Greensburg                                                  |
|TX Withholding Tax                       52.74                  1,146.82       |
|Local              Luzerne Township                                            |
|TX Local Services Tax                     2.00                     44.00       |
|                                                                               |
|EE Taxes                                507.97                 11,017.65       |
```

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 71.78 | 1,579.16 |
| MED Buy Up/Base Cost | 33.57 | 737.04 |
| Overpayment recovery Amt | | 143.60 |
| PSCOA - Union Dues | 41.63 | 911.70 |
| Full Cov Cls AA/Cat 1,6,8 | 206.37 | 4,460.66 |
| Total Deductions | 353.35 | 7,832.16 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 100.00 |
| Net Payment | 2,340.60 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 198.18 |
| TX ER Medicare Tax | 46.35 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 120.00 |
| ER Workers Comp Benefit | 86.82 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Patrick James Helmick | Personnel Number..... ███████ |
| 91 Prestwick Drive | Corrections |
| Greensburg PA  15601 | Pay Period.. 10/03/2021 - 10/16/2021 |
| | Fed Tax Status: |
| | Fed Tax Allowances:      Period: 22/2021 |
| B/U:H1    Group:35    Level:KL | |

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|----------|----------------|---|-------|---|-------|---|-------|---|-------|
| 10/29/2021 | 2,440.60 | = | 3,301.92 | + | 0.00 | - | 507.97 | - | 353.35 |

| PR Choice PPO | 502.00 |
| ER-SERS | 1,386.81 |

| Federal Taxable Wages | Amount |
|-----------------------|--------|
| Current Period Results | 2,990.20 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|------------------|-------------|---------------|----------------|

| Payroll Area | Z1 |