# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| **PATRICK JAMES HELMICK,** ) | |
| ) | Case No. 21-22348-GLT |
| Debtor, ) | |
| ) | Chapter 13 |
| _____ ) | |
| ) | Document No. |
| **PATRICK JAMES HELMICK,** ) | |
| Movant, ) | Related to Doc. No. 17 |
| ) | |
| -vs- ) | Motion No. WO-1 |
| ) | |
| **PA DEPARTMENT OF CORRECTIONS,** ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

I, Matthew R. Schimizzi, Esquire, certify that a true and correct copy of the **Order to Pay Trustee Pursuant to Wage Attachment filed on November 15, 2021,** and **Notification of Debtor's Social Security Number** were served on the following party at the following address by U.S. First Class Mail sent on November 16, 2021:

>PA Department of Corrections
>Attn: Payroll Manager
>Commonwealth of Pennsylvania, Treasury Department
>Room G-10, Finance Building
>Harrisburg, PA 17120

>Respectfully submitted:
>SCHIMIZZI LAW, LLC

>BY: /s/Matthew R. Schimizzi
>Matthew R. Schimizzi, Esquire
>PA I.D. 307432

>Keystone Commons
>35 West Pittsburgh Street
>Greensburg, PA 15601
>Phone: (724) 838-9722
>Fax: (724) 837-7868
>Email: mrs@schimizzilaw.com