IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-22348 GLT |
| | : | |
| Patrick James Helmick | : | |
|     Debtor | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, | : | |
| Standing Chapter 13 Trustee, | : | |
|     Movant | : | Related to Document No. 37 |
|     v. | : | |
| | : | |
| | : | |
| No Respondent | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served or caused to be served on February 18, 2022, a copy of docket #37 upon each of the following parties in interest by regular United States mail, postage prepaid, addressed as follows:

Patrick James Helmick
91 Prestwick Drive
Greensburg, PA 15601

Matthew R. Schimizzi, Esquire
Schimizzi Law, LLC
Attorney for the Debtor
35 West Pittsburgh Street
Greensburg, PA 15601

Jeffrey R. Schmidt
Mary A. Schmidt
22363 S. Beaver Road
Conneautville, PA 16406

Jana S. Pail, Esquire
200 First Avenue
3rd Floor
Pittsburgh, PA 15222

/s/Renee Ward
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com