FILED
2/24/22 9:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:
PATRICK JAMES HELMICK          :        Case No. 21-22348-GLT
                               :
        Debtor                 :        Chapter 13
                               :
                               :        Related to Docket No. 42

### STIPULATION AND ORDER OF COURT

AND NOW, come the Debtor, Patrick James Helmick, and Ronda J. Winnecour, Chapter 13 Trustee, by their undersigned counsel, and Stipulate and Agree as follows:

1. Debtor commenced the within Chapter 13 case on October 29, 2021.

2. Debtor's confirmed Chapter 13 plan dated November 12, 2021 provides for payment of 100% of timely filed unsecured claims (Doc. 14).

3. Disclosed in Debtor's Statement of Financial Affairs were payments made within one year prior to the bankruptcy filing to an insider, Kathleen Pierson, which payments totaled $4,800.00.

4. There is no benefit to the Estate to expend the time and resources necessary to pursue an action to avoid and recover potential fraudulent or preferential transfers so long as Debtor remains in a Chapter 13 case providing for a 100% dividend to unsecured creditors and the parties agree to the tolling of the statute of limitations.

5. Debtor, the transferee, and the Chapter 13 Trustee have entered into a Standstill and Tolling Agreement, a copy of which is attached hereto as Exhibit "A".

6. Any and all statute of limitations periods applicable to potential actions to avoid fraudulent or preferential transfers be and hereby are tolled and extended, as set forth in the Standstill and Tolling Agreement attached as Exhibit "A".

Stipulated and agreed to by:

/s/ James C. Warmbrodt
James C. Warmbrodt, Esquire
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
jwarmbrodt@chapter13trusteewdpa.com


/s/ Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
Schimizzi Law, LLC
Attorney for the Debtor
35 West Pittsburgh Street
Greensburg, PA 15601
(724) 838-9722
mrs@schimizzilaw.com


So Ordered, this 24th Day of February, 2022.

_____
U.S. Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 21-22348-GLT
Patrick James Helmick | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 1
Date Rcvd: Feb 24, 2022 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

**Recip ID      Recipient Name and Address**
db          + Patrick James Helmick, 91 Prestwick Drive, Greensburg, PA 15601-1329

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:

**Name**        **Email Address**

Brian Nicholas
                on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com

Matthew R. Schimizzi
                on behalf of Debtor Patrick James Helmick mrs@schimizzilaw.com
                G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

S. James Wallace
                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 5