IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: | ) | |
| | ) | |
| PATRICK JAMES HELMICK | ) | BANKRUPTCY CASE NO. 21-22348 |
|     Debtor | ) | |
| PEOPLES NATURAL GAS COMPANY, LLC | ) | MOTION NO. |
| | ) | CHAPTER 13 |
|     Movant, | ) | |
|     vs. | ) | |
| PATRICK JAMES HELMICK, and | ) | |
| RONDA J. WINNECOUR, ESQUIRE, Trustee | ) | |
|     Respondents. | ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF PEOPLES NATURAL GAS COMPANY, LLC SEEKING TO INCREASE YOUR PLAN PAYMENT TO COVER YOUR UTILITY BILLS**

TO THE DEBTORS AND ALL RESPONDENTS:

You, (the Debtor), have not paid your post petition utility bills as and when they became due. The Peoples Natural Gas Company, LLC is entitled to seek to terminate your utility service because of this failure to pay the bills.

The PEOPLES NATURAL GAS COMPANY, LLC understands that your utility service is vital to your health and safety and to the success of your Chapter 13 Plan. In past hearings, the majority of Debtors in this District have asked the Court to include their utility payments in their Chapter 13 Plan to avoid the possibility of termination. Because this appears to be the solution preferred by most Debtors, the PEOPLES NATURAL GAS COMPANY, LLC, instead of seeking to terminate your utility service at this time, is asking the Bankruptcy Court in this Motion to require the Debtor ("you") to pay your post petition delinquent utility bill and your ongoing monthly utility budget as part of your Plan payment to the Chapter 13 Trustee. **If the Court grants this Motion, your Plan payment will increase and, if you have a wage attachment, your wage attachment will increase**. This increase will pay your post petition utility bill, and you will no longer have to pay the PEOPLES NATURAL GAS COMPANY, LLC directly. If you want this to happen, you do not need to do anything else.

If you do not want this to happen, then you or your attorney must file with the Clerk and serve upon the undersigned attorney for the Movant Jeffrey R. Hunt, a written response to the attached Motion. This Response must be filed and served in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. Both the Clerk and the Attorney must receive your written response on or before November 1, 2022, (Seventeen

(17) calendar days after the date of this Notice).  If your written response is not received by this date, the Bankruptcy Court will grant this Motion without a hearing.  See Local Bankruptcy Rule 9013.4.

If you do not file a Response but pay all the delinquent bills and any security deposit due on your post petition account before the date a Response is due, November 1, 2022, **and you advise the attorney in writing of your payment  before the Court enters a default Order**, the PEOPLES NATURAL GAS COMPANY, LLC may be willing to withdraw this Motion without prejudice, if time allows.  If you do file a Response but then pay all the delinquent bills and any security deposit due on your post petition account before the hearing date set by the Court, the PEOPLES NATURAL GAS COMPANY, LLC may be willing to withdraw this Motion without prejudice.  **You should take this paper to your lawyer at once.  He or she will explain exactly what is happening, what this means to you and what your options are**.

An in-person hearing will be held on **November 30, 2022 at 10:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's *General Procedures*, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf ).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service:  October 13, 2022          GRB Law
                                            Attorneys for Movant

                                            /s/Jeffrey R. Hunt
                                            Jeffrey R. Hunt
                                            PA. ID No. 90342
                                            jhunt@grblaw.com
                                            S. James Wallace
                                            P.A. ID No. 28815
                                            jwallace@grblaw.com
                                            GRB Law
                                            525 William Penn Pl., Suite 3110
                                            Pittsburgh, Pa. 15219
                                            412-281-0587