# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** ) | |
| **PATRICK JAMES HELMICK,** ) | Case No. 21-22348-CMB |
| ) | |
| Debtor ) | Chapter 13 |
| ) | |
| _____ ) | Document No. |
| ) | |
| **PATRICK JAMES HELMICK,** ) | Related to Claim No. 3 |
| Movant, ) | |
| ) | Related to: Notice of Mortgage |
| -vs- ) | Payment Change Filed 11/4/22 |
| ) | |
| **NO RESPONDENTS.** ) | |

## DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE FILED ON NOVEMBER 4, 2022

I, Matthew R. Schimizzi, Esquire, counsel for the Debtor, Patrick James Helmick, declare that the existing Chapter 13 Plan is sufficient to fund the Plan and provide for full payment to the mortgage lender as the Notice of Mortgage Payment Change reduces the monthly mortgage payment by $15.84.

                                                           Respectfully submitted:
                                                           SCHIMIZZI LAW, LLC

Date: February 15, 2023       BY:   /s/ Matthew R. Schimizzi
                                                            Matthew R. Schimizzi, Esquire
                                                            Counsel for Debtor(s)
                                                           PA I.D. 307432

                                                           Keystone Commons
                                                           35 W. Pittsburgh St.
                                                           Greensburg, PA 15601
                                                           Phone: (724) 838-9722
                                                          Fax:   (724) 837-7868
                                                          Email: mrs@schimizzilaw.com