**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**PATRICK JAMES HELMICK,**                          **Case No. 21-22348-GLT**

        **Debtor**                                   **Chapter 13**

---

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS,**  this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

\_\_\_\_\_  a motion to dismiss case or certificate of default requesting dismissal

\_\_X\_  a plan modification sought by:  **Debtor**

\_\_\_\_\_  a motion to lift stay as to creditor: _____

\_\_\_\_\_  Other: _____

**WHEREAS,** the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

\_\_X\_  Chapter 13 Plan dated November 12, 2021

\_\_\_\_  Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

__X__ Debtor's Plan payments shall be changed from **$1,936.00** to **$2,476.00 per month**, effective **September, 2025, to provide for payment in full of the mortgage arrears payable to Lakeview Loan Servicing.**

_____ In the event that Debtor fails to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor's Counsel a notice of default advising the Debtor that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor fails to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

_____ Debtor shall file and serve _____ on or before _____.

_____ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

_____ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ _____may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

__X__ Other: **The claim of the following Creditor shall govern as to amount, classification, and rate of interest:  Claim #3 of Lakeview Loan Servicing.**

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained Herein, such creditor must file an objection to the same within fourteen (14) days hereof.  Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED,** this _____ day of _____, 2025.


Dated: _____          _____
                                     United States Bankruptcy Judge



Stipulated by:                       Stipulated by:


_/s/Richard W. Schimizzi_____      _/s/James C. Warmbrodt_____
Counsel to Debtor                    Counsel to Chapter 13 Trustee




Stipulated by:


_____
Counsel to affected creditor



cc:  All Parties in Interest to be served by Clerk