8/20/25 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | |
|---|---|
| **PATRICK JAMES HELMICK,** | Case No. 21-22348-GLT |
| Debtor | Chapter 13 |

Related to Docket No. 60

---

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS,** this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

\_\_\_\_\_   a motion to dismiss case or certificate of default requesting dismissal

__X_   a plan modification sought by: **Debtor**

\_\_\_\_\_   a motion to lift stay as to creditor: _____

\_\_\_\_\_   Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

__X_   Chapter 13 Plan dated November 12, 2021

\_\_\_   Amended Chapter 13 Plan dated

is modified as follows:

**[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]**

__X__  Debtor's Plan payments shall be changed from **$1,936.00** to **$2,476.00 per month**, effective **September, 2025, to provide for payment in full of the mortgage arrears payable to Lakeview Loan Servicing.**

_____  In the event that Debtor fails to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor's Counsel a notice of default advising the Debtor that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

_____  Debtor shall file and serve _____ on or before _____.

_____  If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

_____  If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ _____may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

__X__  Other: **The claim of the following Creditor shall govern as to amount, classification, and rate of interest: Claim #3 of Lakeview Loan Servicing.**

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained Herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED,** this __20th day of August, 2025

Dated: __August 20, 2025

_____
Gregory R. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:                                              Stipulated by:

/s/*Richard W. Schimizzi*_____            /s/*James C. Warmbrodt*_____
Counsel to Debtor                                    Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 21-22348-GLT

Patrick James Helmick     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Aug 20, 2025    Form ID: pdf900    Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick James Helmick, 91 Prestwick Drive, Greensburg, PA 15601-1329 |
| 15427239 | | Lakeview Loan Servicing, PO Box 62182, Baltimore, MD 21264-2182 |
| 15427240 | | MAWC, PO Box 800, Greensburg, PA 15601-0800 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2025 00:24:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 21 2025 00:07:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15427987 | | Email/PDF: ais.dtv.ebn@aisinfo.com | Aug 21 2025 00:12:44 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15437110 | ^ | MEBN | Aug 21 2025 00:01:09 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15429959 | + | Email/Text: ebnpeoples@grblaw.com | Aug 21 2025 00:07:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant St., 14th Floor, Pittsburgh, PA 15219-6101 |
| 15427798 | ^ | MEBN | Aug 21 2025 00:02:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15427241 | | Email/Text: bankruptcy@firstenergycorp.com | Aug 21 2025 00:07:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15437476 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 21 2025 00:07:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: pdf900 | Total Noticed: 11 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Matthew R. Schimizzi | on behalf of Debtor Patrick James Helmick mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;raf@schimizzilaw.com;mattbankruptcy@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard W. Schimizzi | on behalf of Debtor Patrick James Helmick rws@schimizzilaw.com mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 7